

475 Park Avenue South, 12th Floor • New York, New York 10016

Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

December 1, 2014

**VIA ECF**
Hon. Judge Cheryl L. Pollak U.S.M.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: *Karic v. The Major Automotive Companies, et al.*
> Civil Action No.: 09 Civ. 5708 (ENV)(CLP)

Dear Honorable Madame:

We represent Plaintiffs and the putative class in the above referenced matter. We write to provide the Court with a status update as to the parties' second mediation. On November 24, 2014, the parties participated in a full day mediation facilitated by Martin F. Scheinman, Esq. At the mediation, the parties were able to reach a tentative settlement. As such, Plaintiffs respectfully request a 60 day stay of the matter so that the parties can finalize and execute a settlement agreement.

We thank the Court for its time and consideration of this matter.

Respectfully Submitted,

Joseph A. Fitapelli

cc:   Counsel of record (via ECF)