

475 Park Avenue South, 12th Floor • New York, New York 10016

Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

February 5, 2015

**VIA ECF**
Hon. Judge Cheryl L. Pollak U.S.M.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   *Karic v. The Major Automotive Companies, et al.*
> *Civil Action No.: 09 Civ. 5708 (ENV)(CLP)*

Dear Honorable Madame:

We represent Plaintiffs and the putative class in the above referenced matter. We write to respectfully request an additional 45 day stay of this matter so that the parties can finalize their settlement.

On December 1, 2014, Plaintiffs notified the Court that the parties had reached a settlement in principle and requested a 60 day stay to finalize and execute the settlement agreement. Dkt. No. 220. On December 2, 2014, the Court granted Plaintiffs' request. Dkt. No. 221. Since then, a draft agreement has been prepared and is currently being revised. As such, Plaintiffs request this brief extension so that the parties can finalize their agreement.

We thank the Court for its time and consideration of this matter.

Respectfully Submitted,

Joseph A. Fitapelli

cc:    Counsel of record (via ECF)