**FITAPELLI & SCHAFFER, LLP**
475 Park Avenue South, 12th Floor
New York, New York 10016
Telephone: (212) 300-0375

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SLOBODAN KARIC, CLARIBEL GARCIA, STEVEN JONES, GORAN STANIC, LJUBOMIR ZIVANOVIC, DANIEL COLON, and WILLIAM CHATMAN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  -against-<br><br>THE MAJOR AUTOMOTIVE COMPANIES, INC, MAJOR UNIVERSE, INC., MAJOR UNIVERSE, INC. d/b/a MAJOR WORLD FORD LINCOLN MERCURY, MAJOR CHEVROLET GEO, MAJOR CHEVROLET, INC., MAJOR CHRYSLER JEEP DODGE, INC., MAJOR MOTORS OF LONG ISLAND CITY, INC. d/b/a MAJOR KIA, MAJOR MOTORS OF THE FIVE TOWNS, INC., MAJOR AUTOMOTIVE REALTY CORP., HAROLD BENDELL, BRUCE BENDELL, and CHRIS ORSARIS, individually,<br><br>        Defendants. | 09 Civ. 5708 (ENV)(CLP) |

**NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF
SETTLEMENT, CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS,
APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, AND
APPROVAL OF THE PROPOSED NOTICE OF SETTLEMENT
<u>AND CLASS ACTION PROCEDURE</u>**

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Plaintiffs'

Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of the Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of the Proposed Notice of Settlement and Class Action Settlement Procedure ("Motion for Preliminary Approval") and in the Declaration of Joseph A. Fitapelli in Support of Plaintiffs' Motion for Preliminary Approval (the "Fitapelli Decl."), Plaintiffs respectfully request that the Court enter an Order:

(1)   granting preliminary approval of the Joint Settlement Agreement and Release ("Settlement Agreement"), attached as **Exhibit A** to the Fitapelli Decl.;

(2)   conditionally certifying the following settlement class under Federal Rule of Civil Procedure 23(a) and (b)(3) for purposes of effectuating the settlement:

> The 89 individuals that have previously opted-into the instant litigation for a period of December 30, 2003 through November 24, 2014, while employed as Sales Representatives at Major Automotive.

(3)   appointing Fitapelli & Schaffer, LLP as class counsel;

(4)   approving Plaintiffs' proposed Notice of Proposed Settlement of Class Action Lawsuit that will be mailed to Class Members, attached as **Exhibit A** to the settlement agreement, and directing its distribution;

(5)   approving Plaintiffs' proposed schedule for final settlement approval; and

(6)   granting such other, further, or different relief as the Court deems just and proper.

\*   \*   \*

Plaintiffs have contemporaneously submitted a Proposed Order, attached as **Exhibit B** to the Fitapelli Decl., for the Court's convenience.

Dated: New York, New York
August 21, 2015

- 3 -

        Respectfully submitted,

        /s/ Joseph A. Fitapelli
        Joseph A. Fitapelli


        **FITAPELLI & SCHAFFER, LLP**
        Joseph A. Fitapelli
        Brian S. Schaffer
        Frank J. Mazzaferro
        475 Park Avenue South, 12th Floor
        New York, New York 10016
        Telephone: (212) 300-0375

        *Attorneys for Plaintiffs and*
        *the putative class*