IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLOBODAN KARIC, CLARIBEL GARCIA, STEVEN JONES, GORAN STANIC, LJUBOMIR ZIVANOVIC, DANIEL COLON, and WILLIAM CHATMAN, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   -against-<br><br>THE MAJOR AUTOMOTIVE COMPANIES, INC, MAJOR UNIVERSE, INC., MAJOR UNIVERSE, INC. d/b/a MAJOR WORLD FORD LINCOLN MERCURY, MAJOR CHEVROLET GEO, MAJOR CHEVROLET, INC, MAJOR CHRYSLER JEEP DODGE, INC., MAJOR MOTORS OF LONG ISLAND CITY, INC. d/b/a MAJOR KIA, MAJOR MOTORS OF THE FIVE TOWNS, INC., MAJOR AUTOMOTIVE REALTY CORP., HAROLD BENDELL, BRUCE BENDELL, and CHRIS ORSARIS, individually,<br><br>                Defendants. | 09 Civ. 5708 (CLP) |

**NOTICE OF PLAINTIFFS' MOTION**
**FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement ("Motion for Final Approval") and in the Declaration of Joseph A. Fitapelli in Support of Plaintiffs' Motion for Final Approval (the "Fitapelli Decl."), Plaintiffs respectfully request that the Court enter an Order:

    (1)    granting final approval of the Settlement Agreement and Release ("Settlement Agreement"), attached as Exhibit A to the Fitapelli Decl.;

    (2)    certifying the following settlement class under Federal Rule of Civil Procedure

23(a) and (b)(3) for purposes of effectuating the settlement:

> The 89 individuals that have previously opted-into the litigation for the period of time they were employed as Sales Representatives in New York between December 30, 2003 and November 24, 2014.

(3) approving service awards to Slobodan Karic, Claribel Garcia, Steven Jones, Goran Stanic, Ljubomir Zivanovic, Daniel Colon, and William Chatman as outlined in the Settlement Agreement;

(4) awarding Class Counsel's attorneys' fees and costs, as outlined in the Settlement Agreement;

(5) approving Plaintiffs' proposed final settlement procedure; and

(6) granting such other, further, or different relief as the Court deems just and proper.

Dated: New York, New York
April 7, 2016

Respectfully submitted,

/s/ Joseph A. Fitapelli
Joseph A. Fitapelli

**FITAPELLI & SCHAFFER, LLP**
Joseph A. Fitapelli
Brian S. Schaffer
Frank J. Mazzaferro
28 Liberty Street
New York, New York 10005
Telephone: (212) 300-0375

*Attorneys for Plaintiffs and the Class*