UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------

SLOBODAN KARIC, CLARIBEL GARCIA, STEVEN JONES, GORAN STANIC, LJUBOMIR ZIVANOVIC, DANIEL COLON, and WILLIAM CHATMAN, on behalf of themselves and all others similarly situated,

        Plaintiffs,

  -against-

THE MAJOR AUTOMOTIVE COMPANIES, INC., MAJOR UNIVERSE, INC., MAJOR UNIVERSE, INC. d/b/a MAJOR WORLD FORD LINCOLN MERCURY, MAJOR CHEVROLET GEO, MAJOR CHEVROLET, INC., MAJOR CHRYSLER JEEP DODGE, INC., MAJOR MOTORS OF LONG ISLAND CITY, INC. d/b/a MAJOR KIA, MAJOR MOTORS OF THE FIVE TOWNS, INC., MAJOR AUTOMOTIVE REALTY CORP., HAROLD BENDELL, BRUCE BENDELL, and CHRIS ORSARIS, individually,

        Defendants.

-------------------------------------------------------------

No. 09 Civ. 5708 (ENV)(CLP)

**STIPULATION OF DISCONTINUANCE**

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action, having been settled, be and the same hereby is, discontinued with prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
       June 9, 2016

/s/ Joseph A. Fitapelli
Joseph A. Fitapelli, Esq.
Fitapelli & Schaffer, LLP
28 Liberty Street
New York, NY 10005
Attorneys for Plaintiffs

/s/ Steven Harfenist
Steven Harfenist, Esq.
Harfenist Kraut & Perlstein LLP
3000 Marcus Ave
Lake Success, NY 11042
Attorney for Defendants